

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

Michael K. Burke, Esq.
Direct Email : mburke@hwb-lawfirm.com

> Application granted. The February 28, 2024 conference is adjourned to April 1, 2024 at 12:30 p.m. in Courtroom 520 of the White Plains courthouse.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 24.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 27, 2024

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *PFK O'Connor Davies LLP v. Frank Giordano*
      23 CIV 4898 (PMH)

Dear Judge Halpern:

Our firm represents Defendant Frank Giordano in the above referenced matter, which was scheduled for a pre-motion conference before Your Honor on February 28, 2024 at 4:00 p.m. but was advanced earlier today to 11:30 a.m. I am respectfully requesting an adjournment of this conference as I have a previously scheduled court appearance in Orange County at 10:00 a.m. and will not be back to White Plains in time for a 11:30 a.m. conference.

Thank you for your consideration in this matter.

Respectfully,

*Michael K. Burke*

MICHAEL K. BURKE