UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PKF OCONNOR DAVIES LLP,

                Plaintiff,

      -against-

FRANK GIORDANO, III,

               Defendant.
----------------------------------------------------------X

**ORDER**

23-CV-4898 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 21, 2024, Counsel for all parties appeared in Courtroom 520 for a discovery conference regarding the issues raised in the parties' joint letters (Doc. 36; Doc. 42). After hearing from the parties, for the reasons stated and as discussed on the record, the Court directed as follows:

(1) Defendant shall forthwith produce unredacted copies of the tax returns and bank statements in his April 22, 2024 document production. Plaintiff's counsel shall, within five business days: (i) notify Defendant's counsel which, if any, of those documents has discoverable information and will be retained for use at Defendant's deposition; and (ii) return any of the documents which do not have discoverable information;

(2) Plaintiff shall produce the Spreadsheet;

(3) Plaintiff shall, by June 2, 2024, respond in writing to Defendant's May 2, 2024 discovery demands and produce any responsive, non-objected to documents; and

(4) The deadline for the completion of fact discovery is extended to July 24, 2024.

See transcript.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 42.

Dated: White Plains, New York
       May 21, 2024

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge

2